AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Driving with a Blood Alcohol Content Above 0.08% (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:** Class B Misdemeanor:
Max. Imprisonment: 6 Months
Max. Fine: $5,000
Mandatory Special Assessment: $10

E-filing

Name of District Court and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ MAX SCHLESINGER

DISTRICT COURT NUMBER
CR 11 0410 MAG

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
_____

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   ACADIA L. SENESE

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:
_____

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney



E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 11 0410 MAG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAX SCHLESINGER,<br><br>　　　　Defendant. | No.<br><br>VIOLATIONS: Title 36, Code of Federal Regulations, Section 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); Title 36, Code of Federal Regulations, Section 1004.23(a)(2) - Operating a Motor Vehicle with a Blood or Breath Alcohol Content of 0.08% or Greater (Class B Misdemeanor)<br><br>SAN FRANCISCO VENUE |

### INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>: (36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol)

On or about April 14, 2011, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

　　　　　　　　　　MAX SCHLESINGER,

was operating and in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

INFORMATION

COUNT TWO: (36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle with a Blood and Breath Alcohol Content of 0.08% or Greater)

On or about April 14, 2011, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

MAX SCHLESINGER,

was operating and in actual physical control of a motor vehicle while having 0.08 percent and more of alcohol in his blood and breath, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

DATED: 6/27/11

MELINDA HAAG
United States Attorney

ROBERT DAVID REES
Deputy Chief, Strike Force and Violent Crimes

(Approved as to form: _____)
ACADIA L. SENESE
Special Assistant United States Attorney

INFORMATION